[No. 67393-9-I.   Division One.   November 13, 2012.]

VILA PACE-KNAPP, *Appellant*, v. DICK PELASCINI ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-05601-2, Suzanne M. Barnett, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 67440-4-I.   Division One.   November 13, 2012.]

AMERICAN EXPRESS CENTURION BANK, *Respondent*, v. ZAAKERA
R. STRATMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-09592-4, Theresa B. Doyle, J., entered June 17, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ. Now published at 172 Wn. App. 667.

[Nos. 67469-2-I; 67505-2-I;   Division One.   November 13, 2012.]
67555-9-I.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER COLEN
BINGHAM ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 10-1-09777-1, James D. Cayce, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Dwyer, JJ.

[No. 67540-1-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE
KIMMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07762-9, Brian D. Gain, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Becker, JJ.